IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| A.S., a minor, by his next friends AMY A., mother, and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father,<br><br>Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; HERBERT SLATERY III, in his official capacity as Attorney General of Tennessee; WILSON COUNTY BOARD OF EDUCATION; JEFF LUTTRELL, in his official capacity as Director of the Wilson County Schools; and DOES 1–10,<br><br>Defendants. | Case No. _____ |

## DECLARATION OF ADAM S. LURIE

I, Adam S. Lurie, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at law licensed to practice in New York, New Jersey, and the District of Columbia and am a Partner and Head of the U.S. Dispute Resolution Practice at the law firm Linklaters LLP, counsel for Plaintiffs in this action.

2. I will be filing a motion to appear in this matter *pro hac vice*.

3. I submit this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction. I make the statements herein of my own personal knowledge and if called upon to testify thereto I could and would so truthfully.

4. Attached hereto as Exhibit A is a true and correct copy of the "Tennessee Accommodations for All Children Act," 2021 Tenn. Pub. Ch. 452.

5. Attached hereto as <u>Exhibit B</u> is a true and correct copy of Memo #2020-33, from Mickey Hall, Deputy Director of the Wilson County Board of Education, to Dr. Wright and Board Members, dated May 9, 2020, regarding "School Federal Projects Fund FY 2021."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2021.

                                                                                                           */s/ Adam S. Lurie*
                                                                                                           Adam S. Lurie

Dated: August 2, 2021

Respectfully submitted,

By: /s/ Tricia Herzfeld
Tricia Herzfeld (BPR #26014)
BRANSTETTER STRANCH &
JENNINGS PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
T: (615) 254-8801
F: (615) 255-5419
triciah@bsjfirm.com

Adam S. Lurie*
Erez Liebermann*
Andrew Pak*
Sean Mooney*
Andreane Reynolds*
Kunal Kanodia*
Rebecca Zeldin*
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
erez.liebermann@linklaters.com
andrew.pak@linklaters.com
sean.mooney@linklaters.com
andy.reynolds@linklaters.com
kunal.kanodia@linklaters.com
rebecca.zeldin@linklaters.com

Sarah Warbelow*
Jason Starr*
HUMAN RIGHTS CAMPAIGN FUND
1640 Rhode Island Avenue NW
Washington, D.C. 20036
T: (202) 628-4160
F: (202) 628-0517
Sarah.Warbelow@hrc.org
Jason.Starr@hrc.org

* Motions for admission *pro hac vice* forthcoming

3

*Attorneys for Plaintiffs A.S., a minor, by his next friends AMY A., mother, and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 2nd day of August, 2021 a true and exact copy of the foregoing document has been served via Electronic Mail upon the following:

Mike Jennings
326 North Cumberland
Lebanon, TN, 37087
mjenningslaw@aol.com
*Counsel for Wilson County Schools and Jeff Luttrell*

Alex Rieger
Rainey Lankford
Office of Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
alex.rieger@ag.tn.gov
rainey.lankford@ag.tn.gov

                                               */s/ Tricia Herzfeld*
                                               Tricia Herzfeld