# EXHIBIT B

# Wilson County Board of Education

Mickey Hall, Deputy Director
415 Harding Drive
Lebanon, Tennessee 37087

Telephone: (615) 444-3282
Fax: (615) 449-3858

## MEMO #2020-33

TO: Dr. Wright and Board Members

FROM: Mickey Hall

DATE: May 9, 2020

RE: School Federal Projects Fund FY 2021

Please approve the budget as presented for FY 2021.

This budget reflects additional revenue to be received from the CARES Act for $1,332,271 which will be used to purchase Achieve and TE 21 Software and additional technology, and an IDEA Systemic Grant for $75,000 to purchase reading and math instructional materials.

The 2021 budget still reflects the set aside money in IDEA in the amount of $555,544 (We have had to move seven teaching positions along with benefits to the General Purpose School Fund in FY 2020 and FY 2021 to free up these dollars in IDEA). These monies had to be (required by the state) set aside to address disproportionality. The bulk of the monies will be used for professional development and STARS counselors ($264,743) and the balance ($290,801) will fund a supervisor of teacher effectiveness, an assessment coordinator and a high school social worker.

IDEA Part B also shows an increase in Assessment Personnel which represents 1 coach that will be paid from this grant.

At this time it is not known if any discretionary grants will be available.

| A/C # | REVENUES | ACTUAL 2018-19 | ESTIMATED 2019-2020 | ESTIMATED 2020-2021 |
|---|---|---|---|---|
| | WILSON COUNTY SCHOOL FEDERAL PROJECTS FUND 2020-2021 | | | |
| 40000 | LOCAL REVENUES | | | |
| 47000 | FEDERAL GOVERNMENT | | | |
| 47131 | VOCATIONAL EDUCATION - BASIC GRANTS TO STATES | $239,072 | $287,167 | $256,556 |
| 47141 | TITLE I GRANTS TO LOCAL EDUCATION AGENCIES | $1,483,078 | $1,873,054 | $1,724,372 |
| 47143 | SPECIAL EDUCATION - GRANTS TO STATES | $3,546,121 | $3,760,768 | $3,693,077 |
| 47145 | SPECIAL EDUCATION PRESCHOOL GRANTS | $90,072 | $92,132 | $82,074 |
| 47146 | ENGLISH LANGUAGE ACQUISITON GRANTS | $67,172 | $81,667 | $71,786 |
| 47149 | EDUCATION FOR HOMELESS CHILDREN & YOUTH | $100,945 | $120,251 | $119,250 |
| 47189 | EISENHOWER PROFESSIONAL DEVELOPMENT | $513,543 | $587,176 | $504,984 |
| 47590 | OTHER FEDERAL THROUGH STATE | $173,986 | $0 | $1,332,271 |
| 47990 | OTHER DIRECT FEDERAL REVENUE | | $0 | $0 |
| | TOTAL FEDERAL GOVERNMENT | $6,213,989 | $6,802,215 | $7,784,370 |
| | TOTAL REVENUES | $6,213,989 | $6,802,215 | $7,784,370 |
| 49000 | OTHER REVENUE SOURCES | | | |
| 49800 | OPERATING TRANSFERS | $0 | $0 | $0 |
| | TOTAL REVENUES AND OTHER SOURCES | $6,213,989 | $6,802,215 | $7,784,370 |

Draft May 9, 2020

Case 3:21-cv-00600   Document 6-2   Filed 08/02/21   Page 3 of 11 PageID #: 114

| A/C # | | EXPENDITURES | ACTUAL 2018-19 | ESTIMATED 2019-2020 | ESTIMATED 2020-2021 |
|---|---|---|---|---|---|
| | 70000 | EDUCATION | | | |
| | 00 | INSTRUCTION | | | |
| 100 | | REGULAR INSTRUCTION PROGRAM | | | |
| 71100 | 116 | TEACHERS | $885,281 | $918,959 | $983,186 |
| 71100 | 163 | EDUCATIONAL ASSISTANTS | $72,176 | $64,410 | $85,748 |
| 71100 | 189 | OTHER SALARIES AND WAGES | $32,009 | $42,000 | $20,001 |
| 71100 | 201 | SOCIAL SECURITY | $58,780 | $64,897 | $65,915 |
| 71100 | 204 | STATE RETIREMENT | $98,960 | $99,100 | $103,630 |
| 71100 | 206 | LIFE INSURANCE | $1,480 | $1,554 | $1,628 |
| 71100 | 207 | MEDICAL INSURANCE | $132,300 | $138,915 | $145,530 |
| 71100 | 208 | DENTAL INSURANCE | $12,000 | $12,600 | $12,600 |
| 71100 | 210 | UNEMPLOYMENT INSURANCE | $1,013 | $1,128 | $1,079 |
| 71100 | 212 | EMPLOYER MEDICARE | $13,758 | $14,795 | $15,417 |
| 71100 | 336 | MAINTENANCE & REPAIR | $0 | $100 | $1,000 |
| 71100 | 369 | CERTIFIED SUBSTITUTE TEACHERS | $5,365 | $14,004 | $11,615 |
| 71100 | 370 | NON-CERTIFIED SUBSTITUTE TEACHERS | $6,155 | $23,597 | $19,055 |
| 71100 | 399 | OTHER CONTRACTED SERVICES | $5,112 | $8,200 | $2,000 |
| 71100 | 429 | INSTRUCTIONAL SUPPLIES AND MATERIALS | $84,746 | $58,374 | $21,511 |
| 71100 | 499 | OTHER SUPPLIES AND MATERIALS | $0 | $1,690 | $2,100 |
| 71100 | 599 | OTHER CHARGES | $2,179 | $2,800 | $3,600 |
| 71100 | 722 | REGULAR INSTRUCTION EQUIPMENT | $29,848 | $26,037 | $17,220 |
| | | TOTAL REGULAR INSTRUCTION | $1,441,162 | $1,493,160 | $1,512,835 |
| 71200 | | SPECIAL EDUCATION | | | |
| 71200 | 116 | TEACHERS | $2,401,959 | $2,072,268 | $2,066,818 |
| 71200 | 163 | EDUCATIONAL ASSISTANTS | $1,978 | $20,320 | $20,320 |
| 71200 | 171 | SPEECH PATHOLOGIST | $700 | $0 | $0 |
| 71200 | 201 | SOCIAL SECURITY | $143,826 | $129,842 | $130,143 |
| 71200 | 204 | RETIREMENT | $246,921 | $221,907 | $134,896 |
| 71200 | 206 | LIFE INS | $3,848 | $3,330 | $3,155 |
| 71200 | 207 | MEDICAL INS | $343,980 | $297,675 | $284,445 |
| 71200 | 208 | DENTAL INS | $31,200 | $27,000 | $25,800 |
| 71200 | 210 | UNEMPLOYMENT | $2,509 | $2,449 | $2,107 |
| 71200 | 212 | EMPLOYER MEDICARE | $33,636 | $30,373 | $30,246 |
| 71200 | 312 | CONTRACTS WITH PRIVATE AGENCIES | $0 | $1,189 | $1,189 |
| 71200 | 399 | OTHER CONTRACTED SERVICES | $0 | $0 | $0 |
| 71200 | 429 | INSTRUCTIONAL SUPPLIES AND MATERIALS | $107,470 | $78,769 | $102,216 |
| 71200 | 499 | OTHER SUPPLIES AND MATERIALS | $0 | $0 | $0 |
| 71200 | 725 | SPECIAL EDUCATION EQUIPMENT | $2,691 | $0 | $0 |
| | | TOTAL SPECIAL EDUCATION | $3,320,718 | $2,885,122 | $2,801,335 |

Draft May 9, 2020

| A/C # | | EXPENDITURES (CONTINUED) | ACTUAL 2018-19 | ESTIMATED 2018-2019 | ESTIMATED 2017-2018 |
|---|---|---|---|---|---|
| 71300 | | VOCATIONAL EDUCATION PROGRAM | | | |
| 71300 | 162 | CLERICAL PERSONNEL | $18,644 | $0 | $0 |
| 71300 | 163 | EDUCATIONAL ASSISTANTS | $0 | $0 | $0 |
| 71300 | 189 | OTHER SALARIES AND WAGES | $31,301 | $31,554 | $31,555 |
| 71300 | 201 | SOCIAL SECURITY | $3,178 | $1,957 | $1,956 |
| 71300 | 204 | STATE RETIREMENT | $2,558 | $0 | $0 |
| 71300 | 206 | LIFE INSURANCE | $59 | $0 | $0 |
| 71300 | 207 | MEDICAL INSURANCE | $5,316 | $0 | $0 |
| 71300 | 208 | DENTAL INSURANCE | $482 | $0 | $0 |
| 71300 | 210 | UNEMPLOYMENT COMPENSATION | $88 | $49 | $49 |
| 71300 | 212 | EMPLOYER MEDICARE | $724 | $458 | $458 |
| 71300 | 311 | CONTRACTS W/OTHER SCHOOL SYSTEMS | $7,276 | $5,785 | $5,134 |
| 71300 | 399 | OTHER CONTRACT SER | $1,111 | $1,270 | $1,270 |
| 71300 | 429 | INSTRUCTIONAL SUPPLIES | $32,389 | $41,624 | $47,485 |
| 71300 | 499 | OTHER MATERIALS & SUPPLIES | $0 | $15,000 | $15,000 |
| 71300 | 730 | VOCATIONAL INSTRUCTION EQUIPMENT | $76,403 | $161,688 | $99,235 |
| | | TOTAL VOCATIONAL EDUCATION | $179,529 | $259,385 | $202,142 |
| | | TOTAL INSTRUCTION | $4,941,409 | $4,637,667 | $4,516,312 |
| 72000 | | SUPPORT SERVICES | | | |
| 72120 | | HEALTH SERVICES | | | |
| 72120 | 599 | OTHER CHARGES | $4,058 | $2,600 | $3,549 |
| | | TOTAL HEALTH SERVICES | $4,058 | $2,600 | $3,549 |
| 72130 | | OTHER STUDENT SUPPORT | | | |
| 72130 | 189 | OTHER SALARIES & WAGES | $53,153 | $62,410 | $64,080 |
| 72130 | 201 | SOCIAL SECURITY | $3,228 | $4,012 | $4,120 |
| 72130 | 204 | STATE RETIREMENT | $3,871 | $6,582 | $4,719 |
| 72130 | 206 | LIFE INSURANCE | $74 | $74 | $74 |
| 72130 | 207 | MEDICAL INSURANCE | $6,615 | $6,615 | $6,615 |
| 72130 | 208 | DENTAL INSURANCE | $600 | $600 | $600 |
| 72130 | 210 | UNEMPLOYMENT | $58 | $147 | $147 |
| 72130 | 212 | MEDICARE | $768 | $904 | $929 |
| 72130 | 307 | COMMUNICATION | $501 | $550 | $550 |
| 72130 | 355 | TRAVEL | $39,880 | $13,904 | $36,080 |
| 72130 | 399 | OTHER CONTRACTED SERVICES | $801 | $0 | $7,500 |
| 72130 | 499 | OTHER SUPPLIES & MATERIALS | $1,237 | $323 | $323 |
| 72130 | 524 | IN SERVICE/STAFF DEVELOPMENT | $22,772 | $20,588 | $19,018 |
| 72130 | 599 | OTHER CHARGES | $5,189 | $117,577 | $8,198 |
| | | TOTAL OTHER STUDENT SUPPORT | $138,747 | $234,286 | $152,953 |

Case 3:21-cv-00600 Document 6-2 Filed 08/02/21 Page 5 of 11 PageID #: 116

Draft May 9, 2020

| A/C # | | EXPENDITURES (CONTINUED) | ACTUAL 2018-19 | ESTIMATED 2019-2020 | ESTIMATED 2020-2021 |
|---|---|---|---|---|---|
| 72200 | | SUPPORT SERVICES | | | |
| | 10 | INSTRUCTION SUPPORT | | | |
| 72210 | 105 | SUPERVISOR/DIRECTOR | $90,952 | $95,000 | $95,000 |
| 72210 | 161 | SECRETARY (IES) | $35,970 | $49,920 | $49,920 |
| 72210 | 189 | OTHER SALARIES | $223,266 | $213,684 | $350,946 |
| 72210 | 201 | SOCIAL SECURITY | $20,776 | $22,435 | $30,761 |
| 72210 | 204 | STATE RETIREMENT | $33,924 | $37,681 | $48,044 |
| 72210 | 206 | LIFE INSURANCE | $296 | $444 | $592 |
| 72210 | 207 | MEDICAL INSURANCE | $26,460 | $39,690 | $52,920 |
| 72210 | 208 | DENTAL INSURANCE | $2,400 | $3,600 | $4,800 |
| 72210 | 210 | UNEMPLOYMENT COMPENSATION | $247 | $375 | $447 |
| 72210 | 212 | EMPLOYER MEDICARE | $4,920 | $5,495 | $7,200 |
| 72210 | 307 | COMMUNICATION | $1,615 | $2,000 | $2,000 |
| 72210 | 336 | MAINTENANCE AND REPAIR SERVICES - EQUIPMENT | $12 | $250 | $250 |
| 72210 | 355 | TRAVEL | $1,538 | $2,600 | $2,600 |
| 72210 | 369 | CERTIFIED SUBSTITUTE TEACHERS | $11,208 | $25,000 | $1,000 |
| 72210 | 370 | NON-CERTIFIED SUBSTITUTE TEACHERS | $32,099 | $60,000 | $1,000 |
| 72210 | 399 | OTHER CONTRACTED SERVICES | $11,294 | $23,000 | $35,500 |
| 72210 | 499 | OTHER SUPPLIES | $17,129 | $31,746 | $13,706 |
| 72210 | 524 | INSERVICE/STAFF DEVELOPMENT | $255,811 | $289,936 | $74,622 |
| 72210 | 599 | OTHER CHARGES | $15,243 | $20,188 | $18,764 |
| 72210 | 790 | OTHER EQUIPMENT | $10,939 | $7,795 | $7,795 |
| | | TOTAL REGULAR INSTRUCTION SUPPORT | $796,099 | $930,839 | $797,867 |
| 72220 | | SPECIAL EDUCATION | | | |
| 72220 | 135 | ASSESSMENT PERSONNEL | $84,223 | $80,000 | $127,000 |
| 72220 | 189 | OTHER SALARIES & WAGES | $0 | $0 | $0 |
| 72220 | 196 | IN-SERVICE TRAINING | $0 | $0 | $0 |
| 72220 | 201 | SOCIAL SECURITY | $5,122 | $4,960 | $9,920 |
| 72220 | 204 | RETIREMENT | $8,810 | $8,800 | $14,432 |
| 72220 | 206 | LIFE INSURANCE | $74 | $74 | $94 |
| 72220 | 207 | MEDICAL INSURANCE | $6,615 | $6,615 | $13,230 |
| 72220 | 208 | DENTAL INSURANCE | $600 | $600 | $1,200 |
| 72220 | 210 | UNEMPLOYMENT | $49 | $49 | $98 |
| 72220 | 212 | EMPLOYER MEDICARE | $1,198 | $1,136 | $2,320 |
| 72220 | 312 | CONTRACTS WITH PRIVATE AGENCIES | $0 | $314,030 | $513,721 |
| 72220 | 399 | OTHER CONTRACTED SER | $171,879 | $0 | $0 |
| 72220 | 499 | OTHER SUPPLIES AND MATERIALS | $350 | $8,335 | $1,000 |
| 72220 | 524 | IN-SERVICE/STAFF DEVELOPMENT | $36,555 | $321,513 | $0 |
| | | TOTAL SPECIAL EDUCATION | $315,475 | $746,112 | $683,015 |
| 72230 | | VOCATIONAL SUPPORT | | | |
| 72230 | 162 | CLERICAL PERSONNEL | $5,384 | $0 | $0 |
| 72230 | 201 | SOCIAL SECURITY | $334 | $0 | $0 |
| 72230 | 204 | RETIREMENT | $739 | $0 | $0 |
| 72230 | 206 | LIFE INSURANCE | $15 | $0 | $0 |
| 72230 | 207 | MEDICAL INSURANCE | $1,299 | $0 | $0 |
| 72230 | 208 | DENTAL INSURANCE | $118 | $0 | $0 |
| 72230 | 210 | UNEMPLOYMENT | $10 | $0 | $0 |
| 72230 | 212 | EMPLOYER MEDICARE | $78 | $0 | $0 |
| 72230 | 524 | IN-SERVICE/STAFF DEVELOPMENT | $946 | $220 | $1,000 |
| 72230 | 790 | OTHER EQUIPMENT | $0 | $0 | $0 |
| | | TOTAL VOCATIONAL SUPPORT | $8,923 | $220 | $1,000 |
| 72710 | | TRANSPORTATION | | | |
| 72710 | 314 | CONTRACTS WITH PUBLIC CARRIERS | 2139 | 0 | |
| 72710 | 355 | TRAVEL | $2,026 | $800 | $2,600 |
| 72710 | 399 | OTHER CONTRACTED SERVICES | $0 | $0 | $0 |
| 72710 | 412 | DIESEL FUEL | $456 | $0 | |
| | | TOTAL TRANSPORTATION | $4,621 | $800 | $2,600 |

Draft  May 9, 2020

| A/C # | | EXPENDITURES (CONTINUED) | ACTUAL 2018-19 | ESTIMATED 2019-2020 | ESTIMATED 2020-2021 |
|---|---|---|---|---|---|
| 72901 | | COVID-19 EXPENDITURES | | | |
| 72901 | 411 | DATA PROCESSING SUPPLIES | 0 | 0 | $1,332,271 |
| | | TOTAL COVID-19 | 0 | 0 | $1,332,271 |
| 73100 | | FOOD SERVICE | | | |
| 73100 | 422 | FOOD SUPPLIES | 4657 | 0 | 0 |
| | | TOTAL FOOD SERVICE | 4657 | 0 | 0 |
| | | TOTAL SUPPORT SERVICES | $1,272,580 | $1,914,857 | $2,973,255 |
| | | TOTAL EXPENDITURES | $6,213,989 | $6,552,524 | $7,489,567 |
| 99000 | | OTHER USES | | | |
| 99100 | 504 | INDIRECT COST | $0 | $28,025 | $4,002 |
| 99100 | 590 | OPERATING TRANSFERS | $0 | $221,666 | $290,801 |
| | | TOTAL EXPENDITURES AND OTHER USES | $6,213,989 | $6,802,215 | $7,784,370 |
| | | EXCESS OF REVENUES AND OTHER SOURCES OVER (UNDER) EXPENDITURES AND OTHER USES | $0 | $0 | $0 |
| | | BEGINNING FUND BALANCE JULY 1 | $0 | $0 | $0 |
| | | PRIOR YEAR ADJUSTMENT | $0 | $0 | $0 |
| | | ENDING FUND BALANCE JUNE 30 | $0 | $0 | $0 |

Draft May 9, 2020

WILSON COUNTY - SCHOOLS FEDERAL PROJECTS - FUND: 142
BUDGET REPORT 2020-21

| A/C # | REVENUES | TITLE I FUND 100 | TITLE I NEGLECTED FUND 105 | TITLE II PART A FUND 200 | TITLE III FUND 300 | TITLE III IMMIGRANT FUND 301 | TITLE IX MC VENTO FUND 70C | CARL PERKINS FUND 800 | CTE RESERVE FUND 801 | IDEA FUND FUND 900 | IDEA PRE-SCHOOL FUND 910 | IDEA SYSTEMIC CHANGE FUND 920 | CARES ACT ESSER FUND FUND 0930 | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47131 | BASIC VOCATIONAL | | | | | | | 241,555.95 | 15,000.00 | | | | | 256,555.95 |
| 47141 | ESEA TITLE I | 1,691,764.00 | 32,608.00 | | | | | | | | | | | 1,724,372.00 |
| 47143 | IDEA | | | | | | | | | 3,618,077.00 | | 75,000.00 | | 3,693,077.00 |
| 47145 | PRE-SCHOOL | | | | | | | | | | 82,074.00 | | | 82,074.00 |
| 47146 | ENGLISH LANGUAGE TITLE III | | | | 67,245.70 | 4,540.00 | | | | | | | | 71,785.70 |
| 47149 | EDUCATION FOR HOMELESS CHILDREN | | | | | | 119,250.24 | | | | | | | 119,250.24 |
| 47189 | ESEA CHAPTER 2 | | | 504,984.00 | | | | | | | | | | 504,984.00 |
| 47301? | COVID-19 GRANT | | | | | | | | | | | | 1,332,270.83 | 1,332,270.83 |
| | TOTAL REVENUES AND OTHER SOURCES | 1,691,764.00 | 32,608.00 | 504,984.00 | 67,245.70 | 4,540.00 | 119,250.24 | 241,555.95 | 15,000.00 | 3,618,077.00 | 82,074.00 | 75,000.00 | 1,332,270.83 | 7,784,369.72 |

| A/C # | EXPENDITURES | TITLE I FUND 100 | TITLE I NEGLECTED FUND 105 | TITLE II PART A FUND 200 | TITLE III FUND 300 | TITLE III IMMIGRANT FUND 301 | TITLE IX MC VENTO FUND 70C | CARL PERKINS FUND 800 | CTE RESERVE FUND 801 | IDEA FUND FUND 900 | IDEA PRE-SCHOOL FUND 910 | IDEA SYSTEMIC CHANGE FUND 920 | CARES ACT ESSER FUND FUND 0980 | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71100 116 | TEACHERS | 983,186.12 | | | | | | | | | | | | 983,186.12 |
| 71100 163 | EDUCATIONAL ASSISTANTS | 85,748.50 | | | | | | | | | | | | 85,748.50 |
| 71100 189 | OTHER SALARIES AND WAGES | 1.00 | | | | | 20,000.00 | | | | | | | 20,001.00 |
| 71100 201 | SOCIAL SECURITY | 64,674.66 | | | | | 1,240.00 | | | | | | | 65,914.66 |
| 71100 204 | STATE RETIREMENT | 101,538.41 | | | | | 2,092.00 | | | | | | | 103,630.41 |
| 71100 206 | LIFE INSURANCE | 1,628.00 | | | | | | | | | | | | 1,628.00 |
| 71100 207 | MEDICAL INSURANCE | 145,530.00 | | | | | | | | | | | | 145,530.00 |
| 71100 208 | DENTAL INSURANCE | 12,600.00 | | | | | | | | | | | | 12,600.00 |
| 71100 210 | UNEMPLOYMENT INSURANCE | 1,030.00 | | | | | 49.00 | | | | | | | 1,079.00 |
| 71100 212 | EMPLOYER MEDICARE | 15,126.29 | | | | | 290.00 | | | | | | | 15,416.29 |
| 71100 336 | MAINTENANCE & REPAIR SVCS - EQUIPMENT | 1,000.00 | | | | | | | | | | | | 1,000.00 |
| 71100 369 | CONTRACTS FOR SUB TEACHERS - CERTIFIED | 11,115.00 | | | 500.00 | | | | | | | | | 11,615.00 |
| 71100 370 | CONTRACTS FOR SUB TEACHERS - NON-CERTIFIED | 17,555.00 | | | 1,500.00 | | | | | | | | | 19,055.00 |
| 71100 399 | OTHER CONTRACTED SERVICES | 2,000.00 | | | | | | | | | | | | 2,000.00 |
| 71100 429 | INSTRUCTIONAL SUPPLIES AND MATERIALS | 10,531.42 | 8,880.00 | | | | 2,100.00 | | | | | | | 21,511.42 |
| 71100 499 | OTHER SUPPLIES AND MATERIALS | 2,100.00 | | | | | | | | | | | | 2,100.00 |
| 71100 599 | OTHER CHARGES | | | 2,200.00 | | | 1,400.00 | | | | | | | 3,600.00 |
| 71100 722 | REGULAR INSTRUCTION EQUIPMENT | 4,800.00 | 12,420.00 | | | | | | | | | | | 17,220.00 |
| 71100 | TOTAL REGULAR INSTRUCTION | 1,460,164.40 | 23,500.00 | 0.00 | 2,000.00 | 0.00 | 27,171.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,512,835.40 |
| 71200 116 | TEACHERS | | | | | | | | | 2,066,817.96 | | | | 2,066,817.96 |
| 71200 138 | | | | | | | | | | | | | | 0.00 |
| 71200 163 | EDUCATIONAL ASSIST | | | | | | | | | | 20,320.00 | | | 20,320.00 |
| 71200 201 | SOCIAL SECURITY | | | | | | | | | 128,142.71 | 2,000.00 | | | 130,142.71 |
| 71200 204 | RETIREMENT | | | | | | | | | 132,896.67 | 2,000.00 | | | 134,896.67 |
| 71200 206 | LIFE INSURANCE | | | | | | | | | 3,108.00 | 47.00 | | | 3,155.00 |
| 71200 207 | MEDICAL INSURANCE | | | | | | | | | 277,830.00 | 6,615.00 | | | 284,445.00 |
| 71200 208 | DENTAL INSURANCE | | | | | | | | | 25,200.00 | 600.00 | | | 25,800.00 |
| 71200 210 | UNEMPLOYMENT | | | | | | | | | 2,058.00 | 49.00 | | | 2,107.00 |
| 71200 212 | MEDICARE | | | | | | | | | 29,968.86 | 277.00 | | | 30,245.86 |
| 71200 312 | CONTRACTS WITH PRIVATE AGENCIES | | | | | | | | | | 1,188.94 | | | 1,188.94 |
| 71200 429 | SUPPLIES & MATERIALS | | | | | | | | | 27,216.34 | | 75,000.00 | | 102,216.34 |
| 71200 499 | OTHER SUPPLIES & MATERIALS | | | | | | | | | | | | | 0.00 |
| 71200 725 | SPECIAL EDUCATION EQUIPMENT | | | | | | | | | | | | | 0.00 |
| 71200 | TOTAL SPECIAL EDU | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,693,238.54 | 33,096.94 | 75,000.00 | 0.00 | 2,801,335.48 |
| 71300 | VOCATIONAL INSTRUCTION | | | | | | | | | | | | | 0.00 |
| 71300 162 | CLERICAL PERSONNEL | | | | | | | 31,554.60 | | | | | | 31,554.60 |
| 71300 189 | OTHER SALARIES | | | | | | | 1,956.39 | | | | | | 1,956.39 |
| 71300 201 | SOCIAL SECURITY | | | | | | | | | | | | | 0.00 |
| 71300 204 | STATE RETIREMENT | | | | | | | | | | | | | 0.00 |
| 71300 206 | LIFE INSURANCE | | | | | | | | | | | | | 0.00 |
| 71300 207 | MEDICAL INSURANCE | | | | | | | | | | | | | 0.00 |
| 71300 208 | DENTAL INSURANCE | | | | | | | | | | | | | 0.00 |
| 71300 210 | UNEMPLOYMENT COMPENSATION | | | | | | | 49.00 | | | | | | 49.00 |
| 71300 212 | EMPLOYER MEDICARE | | | | | | | 457.54 | | | | | | 457.54 |
| 71300 311 | CONTRACTS OTHER SYSTEMS | | | | | | | 5,134.04 | | | | | | 5,134.04 |
| 71300 399 | OTHER CONTRACTED SER | | | | | | | 1,270.23 | | | | | | 1,270.23 |
| 71300 429 | INSTRUCTIONAL SUPPLIES | | | | | | | 47,484.81 | | | | | | 47,484.81 |
| 71300 499 | OTHER SUPPLIES AND MATERIALS | | | | | | | | 15,000.00 | | | | | 15,000.00 |
| 71300 730 | VOCATIONAL INSTRUCTION EQUIPMENT | | | | | | | 99,235.61 | | | | | | 99,235.61 |
| 71300 | TOTAL VOCATIONAL INSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 187,142.22 | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 202,142.22 |
| 71600 | ADULT EDUCATION PROGRAM | | | | | | | | | | | | | |
| A/C # | EXPENDITURES (CONTINUED) | TITLE I FUND 100 | TITLE I NEGLECTED FUND 105 | TITLE II PART A FUND 200 | TITLE III FUND 300 | TITLE III IMMIGRANT FUND 301 | TITLE IX MC VENTO FUND 70C | CARL PERKINS FUND 800 | CTE RESERVE FUND 801 | IDEA FUND FUND 900 | IDEA PRE-SCHOOL FUND 910 | IDEA SYSTEMIC CHANGE FUND 920 | CARES ACT ESSER FUND FUND 0980 | TOTAL ALL FUNDS |
| 72120 | SUPPORTSERVICES/HEALTH SVCS | | | | | | | | | | | | | |
| 72120 599 | OTHER CHARGES | | | | | | 3,549.00 | | | | | | | 3,549.00 |
| 72120 | TOTAL OTHER STUDENT SUPPORT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,549.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,549.00 |
| 72130 | OTHER STUDENT SUPPORT | | | | | | | | | | | | | |
| 72130 189 | OTHER SALARY AND WAGES | | | | 3,000.00 | 3,440.00 | 55,640.00 | 2,000.00 | | | | | | 64,080.00 |
| 72130 201 | SOCIAL SECURITY | | | | 186.00 | 360.00 | 3,449.68 | 124.00 | | | | | | 4,119.68 |
| 72130 204 | RETIREMENT | | | | 308.10 | 318.00 | 3,911.50 | 181.00 | | | | | | 4,718.60 |
| 72130 206 | LIFE INSURANCE | | | | | | 74.00 | | | | | | | 74.00 |

| A/C # | Description | FUND 100 | FUND 105 | FUND 200 | FUND 300 | FUND 301 | FUND 70C | FUND 800 | FUND 801 | FUND 900 | FUND 910 | FUND 920 | FUND 0980 | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72130 207 | MEDICAL | | | | | | $ 6,615.00 | | | | | | | 6,615.00 |
| 72130 208 | DENTAL INS. | | | | | | $ 600.00 | | | | | | | 600.00 |
| 72130 210 | UNEMPLOYMENT | | | | $ 49.00 | $ 49.00 | $ 49.00 | | | | | | | 147.00 |
| 72130 212 | MEDICARE | | | | $ 43.50 | $ 50.00 | $ 806.78 | $ 29.00 | | | | | | 929.28 |
| 72130 307 | COMMUNICATION | | | | | | $ 550.00 | | | | | | | 550.00 |
| 72130 355 | TRAVEL | | | | | | | $ 36,079.73 | | | | | | 36,079.73 |
| 72130 399 | OTHER CONTRACTED SERVICES | | | | | | | $ 7,500.00 | | | | | | 7,500.00 |
| 72130 499 | OTHER SUPPLIES & MATERIALS | | | | | $ 323.00 | | | | | | | | 323.00 |
| 72130 524 | IN-SERVICE/STAFF DEVELOP | | | | | | $ 11,518.28 | $ 7,500.00 | | | | | | 19,018.28 |
| 72130 599 | OTHER CHARGES | $ 8,198.00 | | | | | | | | | | | | 8,198.00 |
| 72130 | TOTAL OTHER STUDENT SUPPORT | 8,198.00 | 0.00 | 0.00 | 3,586.60 | 4,540.00 | 83,214.24 | 53,413.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152,952.57 |
| 72210 | REGULAR INSTRUCTION PROGRAM | | | | | | | | | | | | | |
| 72210 105 | SUPERVISOR/DIRECTOR | $ 95,000.00 | | | | | | | | | | | | 95,000.00 |
| 72210 161 | SECRETARY | $ 49,920.00 | | | | | | | | | | | | 49,920.00 |
| 72210 189 | OTHER WAGES AND SALARIES | | | $ 344,446.00 | $ 6,500.00 | | | | | | | | | 350,946.00 |
| 72210 201 | SOCIAL SECURITY | $ 9,000.00 | | $ 21,358.00 | $ 403.00 | | | | | | | | | 30,761.00 |
| 72210 204 | STATE RETIREMENT | $ 12,000.00 | | $ 35,376.00 | $ 667.55 | | | | | | | | | 48,043.55 |
| 72210 206 | LIFE INSURANCE | $ 148.00 | | $ 444.00 | | | | | | | | | | 592.00 |
| 72210 207 | MEDICAL INSURANCE | $ 13,230.00 | | $ 39,690.00 | | | | | | | | | | 52,920.00 |
| 72210 208 | DENTAL INSURANCE | $ 1,200.00 | | $ 3,600.00 | | | | | | | | | | 4,800.00 |
| 72210 210 | UNEMPLOYMENT COMPENSATION | $ 98.00 | | $ 300.00 | $ 49.00 | | | | | | | | | 447.00 |
| 72210 212 | EMPLOYER MEDICARE | $ 2,110.00 | | $ 4,996.00 | $ 94.25 | | | | | | | | | 7,200.25 |
| 72210 307 | COMMUNICATION | $ 2,000.00 | | | | | | | | | | | | 2,000.00 |
| 72210 336 | MAINT. & REPAIRS - EQUIP. | | | $ 250.00 | | | | | | | | | | 250.00 |
| 72210 355 | TRAVEL | $ 1,800.00 | | $ 500.00 | $ 300.00 | | | | | | | | | 2,600.00 |
| 72210 369 | CERTIFIED SUBSTITUTE TEACHERS | | | $ 1,000.00 | | | | | | | | | | 1,000.00 |
| 72210 370 | NON-CERTIFIED SUBSTITUTE TEACHERS | | | $ 1,000.00 | | | | | | | | | | 1,000.00 |
| 72210 399 | OTHER CONTRACTED SERVICES | | | $ 9,000.00 | $ 26,500.00 | | | | | | | | | 35,500.00 |
| 72210 499 | OTHER SUPPLIES | $ 3,890.00 | | $ 1,000.00 | $ 6,100.30 | | $ 2,716.00 | | | | | | | 13,706.30 |
| 72210 524 | IN-SERVICE/STAFF DEVELOPMENT | $ 16,085.96 | $ 7,262.00 | $ 41,273.00 | $ 10,000.00 | | | | | | | | | 74,621.96 |
| 72210 599 | OTHER CHARGES | $ 16,917.64 | $ 846.00 | $ 1,000.00 | | | | | | | | | | 18,763.64 |
| 72210 790 | OTHER EQUIPMENT | | | | $ 7,795.00 | | | | | | | | | 7,795.00 |
| 72210 | TOTAL REGULAR INSTRUCTION PROGRAM | 223,400.60 | 8,108.00 | 504,983.00 | 58,659.10 | 0.00 | 2,716.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 797,866.70 |
| 72220 | SPECIAL EDUCATION | | | | | | | | | | | | | |
| 72220 135 | ASSESSMENT PERSONNEL | | | | | | | | | $ 127,000.00 | | | | 127,000.00 |
| 72220 201 | SOCIAL SECURITY | | | | | | | | | $ 9,920.00 | | | | 9,920.00 |
| 72220 204 | RETIREMENT | | | | | | | | | $ 14,432.00 | | | | 14,432.00 |
| 72220 206 | LIFE INS | | | | | | | | | $ 94.00 | | | | 94.00 |
| 72220 207 | MEDICAL | | | | | | | | | $ 13,230.00 | | | | 13,230.00 |
| 72220 208 | DENTAL | | | | | | | | | $ 1,200.00 | | | | 1,200.00 |
| 72220 210 | UNEMPLOYMENT | | | | | | | | | $ 98.00 | | | | 98.00 |
| 72220 212 | EMPLOYER MED | | | | | | | | | $ 2,320.00 | | | | 2,320.00 |
| 72220 312 | CONTRACTS WITH PRIVATE AGENCIES | | | | | | | | | $ 464,743.46 | $ 48,977.06 | | | 513,720.52 |
| 72220 399 | OTHER CONTRACTED SER | | | | | | | | | | | | | 0.00 |
| 72220 499 | OTHER SUPPLIES AND MATERIALS | | | | | | | | | $ 1,000.00 | | | | 1,000.00 |
| 72220 524 | IN-SERVICE/STAFF DEVELOPMENT | | | | | | | | | | | | | 0.00 |
| | TOTAL SPECIAL EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 634,037.46 | 48,977.06 | 0.00 | 0.00 | 683,014.52 |

| A/C # | EXPENDITURES (CONTINUED) | TITLE I FUND 100 | TITLE I NEGLECTED FUND 105 | TITLE II PART A FUND 200 | TITLE III FUND 300 | TITLE III IMMIGRANT FUND 301 | TITLE IX MC VENTO FUND 70C | CARL PERKINS FUND 800 | CTE RESERVE FUND 801 | IDEA FUND FUND 900 | IDEA PRE-SCHOOL FUND 910 | IDEA SYSTEMIC CHANGE FUND 920 | CARES ACT ESSER FUND FUND 0980 | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72230 524 | IN-SERVICE/STAFF DEVELOPMENT | | | | | | | $ 1,000.00 | | | | | | 1,000.00 |
| | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 72710 | TRANSPORTATION | | | | | | | | | | | | | |
| 72710 355 | TRAVEL | | | | | | $ 2,600.00 | | | | | | | 2,600.00 |
| | TOTAL COMMUNITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 |
| 72901 | COVID-19 EXPENDITURES | | | | | | | | | | | | | |
| 72901 411 | DATA PROCESSING SUPPLIES | | | | | | | | | | | | 1,332,270.83 | 1,332,270.83 |
| | TOTAL COVID-19 EXPENDITURES | | | | | | | | | | | | 1,332,270.83 | 1,332,270.83 |
| | COMMUNITY SERVICES | | | | | | | | | | | | | |
| | TRANSFERS OUT & INDIRECT COST | | | | | | | | | | | | | |
| 99100 504 | INDIRECT COST | $ 1.00 | $ 1,000.00 | $ 1.00 | $ 3,000.00 | | $ - | | | | | | | 4,002.00 |
| 99100 590 | CUMULATIVE TRANSFERS | | | | | | | | | $ 290,801.00 | | | | 290,801.00 |
| | TOTAL TRANSFERS OUT & INDIRECT COST | 1.00 | 1,000.00 | 1.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 290,801.00 | 0.00 | 0.00 | 0.00 | 294,803.00 |

| TOTAL EXPENDITURES | 1,691,764.00 | 32,608.00 | 504,984.00 | 67,245.70 | 4,540.00 | 119,250.24 | 241,555.95 | 15,000.00 | 3,618,077.00 | 82,074.00 | 75,000.00 | 1,332,270.83 | 7,784,369.72 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SURPLUS (DEFICIT) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |