IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.S., a minor, by his next friends AMY A., mother and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother and ROSS B., father,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee, et al.,<br><br>    Defendants. | NO. 3:21-cv-00600<br>JUDGE RICHARDSON |

## **ORDER**

Pending before the Court is Plaintiffs' Motion for a Temporary Restraining Order (Doc. No. 2, "Motion"). The Motion is denied on the basis of laches for reasons the Court will set for in an opinion it anticipates issuing tomorrow, August 5, 2021. The finding of the applicability of laches does not apply to the request for a preliminary injunction that is contained within the same motion (Doc. No. 2) as the request for a temporary restraining order. The Court notes that the request for a preliminary injunction is a matter to which the Court will turn in a timely manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE