*The motion is granted.*
*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

A.S., a minor, by his next friends AMY A., mother, and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father

*Plaintiffs*,

v.

BILL LEE, in his official capacity as Governor of Tennessee; HERBERT SLATERY III, in his official capacity as Attorney General of Tennessee; WILSON COUNTY BOARD OF EDUCATION; JEFF LUTTRELL, in his official capacity as Director of the Wilson County Schools; and DOES 1–10,

*Defendants*,

Hon. William L. Campbell, Jr.
No. 3:21-cv-00600

## STATE DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.01(a)(3), the Attorney General, on behalf of the above-captioned State Defendants, hereby requests leave to exceed the 25-page limit and file the attached Response to Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction. (*See* TRO Mot. 2). As grounds for this Motion, undersigned counsel avers that Plaintiffs' motion raises a variety of complex issues to which State Defendants must respond. State Defendants require an exemption from Local Rule 7.01(a)(3) in order to discuss each of these issues.

For these reasons, undersigned counsel respectfully asks to be excused from the page limitation of Local Rule 7.01(a)(3).[1]

---

[1] Pursuant to Local Rule 7.01(a)(1), State Defendants' counsel has been unable to confer with Counsel for the County Defendants or Counsel for Plaintiffs due to the impending deadline. However, State Defendants submit that they require only a minimal number of pages to adequately