IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.S., a minor by his next friends, AMY A., mother and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother and ROSS B., father,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee, et al.,<br><br>    Defendants. | NO. 3:21-cv-00600<br><br>JUDGE CAMPBELL |

## ORDER

This case was randomly assigned to the undersigned. Due to the unavailability of the undersigned, pursuant to Administrative Order No. 177, the motion for a temporary restraining order was presented to the next available judge – Judge Eli Richardson. The Administrative Order provides that "if the TRO Judge is not the same judge as the Presiding Judge, the TRO Judge may, in his or her discretion, keep the case or return it to the Presiding Judge for all further matters."

After consulting with Judge Richardson, it is hereby **ORDERED** that this case is **TRANSFERRED** to Judge Eli Richardson for all purposes. The **REFERRAL** to the Magistrate Judge (Doc. No. 30) is hereby **RESCINDED**. All present deadlines and court dates shall remain in place, subject to modification by Judge Richardson or the Magistrate Judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE