IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.S., a minor, by his next friends AMY A., mother and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother and ROSS B., father,<br><br>Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee, et al.,<br><br>Defendants. | NO. 3:21-cv-00600<br>JUDGE RICHARDSON |

## ORDER

Pending before the Court is Plaintiffs' Motion for Expedited Injunction Hearing (Doc. No. 7, "Motion"), wherein Plaintiffs requested a hearing on their motion for temporary restraining order. Because the Court resolved the motion for temporary restraining order without a hearing, the Motion is DENIED as moot.

As noted in the Court's Memorandum Opinion filed on August 5, 2021 (Doc. No. 33 at 18), a hearing on Plaintiffs' motion for preliminary injunction will be scheduled as soon a reasonably feasible.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE