IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

------------------------------------------------------------x
A.S., a minor, by his next friends AMY A., mother, and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father,

                          Plaintiffs,

          v.

BILL LEE, in his official capacity as Governor of Tennessee, *et al.*,

                          Defendants.
------------------------------------------------------------x

No. 3:21-cv-00600
JUDGE RICHARDSON

## STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER

Pursuant to the Court's Order dated August 5, 2021 (ECF No. 33) directing the parties to confer and propose a briefing schedule and potential hearing dates with respect to Plaintiffs' motion for a preliminary injunction, the parties agree and hereby stipulate to the following:

    1.    Defendants Wilson County Board of Education and Jeff Luttrell, in his official capacity as Director of the Wilson County Schools (collectively, the "School Defendants") shall file an opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 2) on or before September 3, 2021;

    2.    Defendants Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee (collectively, the "State Defendants" and together with the School Defendants, the "Defendants"), having already filed an opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 27), shall not file a renewed response in opposition to Plaintiffs' motion;

3. Plaintiffs may file a reply to Defendants' oppositions and in further support of their motion for a preliminary injunction on or before September 10, 2021. In any such reply, Plaintiffs will not include any factual averments or other evidence, except they may do so only for the narrow purpose of rebutting factual averments or other evidence that may be submitted by the School Defendants;

4. The parties agree that an evidentiary hearing is not necessary, and that any such hearing, as well as any oral argument, should be left to the Court's discretion; and

5. Defendants shall answer or otherwise respond to the Complaint within twenty-one (21) days of the Court's order on Plaintiffs' motion for a preliminary injunction.

Dated: August 19, 2021

Respectfully submitted,

[*Signatures on the following page*]

By: */s/ Tricia Herzfeld*
Tricia Herzfeld (BPR #26014)
BRANDSTETTER STRANCH &
JENNINGS PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
T: (615) 254-8801
F: (615) 255-5419
triciah@bsjfirm.com

Adam S. Lurie*
Erez Liebermann*
Andrew Pak*
Sean Mooney*
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
erez.liebermann@linklaters.com
andrew.pak@linklaters.com
sean.mooney@linklaters.com

Sarah Warbelow*
Jason Starr*
HUMAN RIGHTS CAMPAIGN FUND
1640 Rhode Island Avenue NW
Washington, D.C. 20036
T: (202) 628-4160
F: (202) 628-0517
Sarah.Warbelow@hrc.org

*/s/ Andrew V. Sellers*
Christopher C. Hayden (#028220)*
Andrew V. Sellers (#019586)
PURCELL, SELLERS & CRAIG, INC.
P.O. Box 10547
Jackson, TN 38308
(731) 300-0737
chris@psclegal.com
andrew@psclegal.com

* Motion for admission *pro hac vice* pending

*Attorneys for Defendants Wilson County Board of Education and Jeff Luttrell, in his official capacity as Director of the Wilson County Schools*

*/s/ Alexander S. Rieger*
Alexander S. Rieger
Senior Assistant Attorney General
Public Interest Division
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
BPR No. 029362
Alex.rieger@ag.tn.gov

*Attorneys for Defendants Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee*

3

Jason.Starr@hrc.org

\* Admitted *pro hac vice*

*Attorneys for Plaintiffs A.S., a minor, by his next friends AMY A., mother, and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father*

*/s/ Matthew D. Cloutier*
Matthew D. Cloutier
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7908
Matt.Cloutier@ag.tn.gov

*Attorneys for Defendants Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee*

IT IS SO ORDERED.

Dated: August \_\_\_\_, 2021.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

4

Case 3:21-cv-00600   Document 52   Filed 08/19/21   Page 4 of 5 PageID #: 325

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2021, I served a copy of the forgoing document via the Court's CM/ECF Electronic Filing System upon the following Counsel:

Alexander Stuart Rieger
Matthew Daniel Cloutier
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
Email: alex.rieger@ag.tn.gov
Email: matt.cloutier@ag.tn.gov

Andrew V. Sellers
Waldrop & Hall, P.A.
106 S Liberty Street
P O Box 726
Jackson, TN 38302
Email: Andrew@psclegal.com

Christopher C. Hayden
45 Murray Guard Drive
Jackson, TN 38305
Email: chris@psclegal.com

Rachel Hogan
Thomas William A. Caldwell
W. Carl Spining
Ortale Kelley Law Firm
330 Commerce Street
Suite 110
P.O. Box 198985
Nashville, TN 37201
Email: rhogan@ortalekelley.com
Email: wcaldwell@ortalekelley.com
Email: cspining@ortalekelley.com

*/s/ Tricia Herzfeld*
Tricia Herzfeld