> The Stipulation is accepted, and the parties and the Court shall proceed under its terms.
>
> *Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

A.S., a minor, by his next friends AMY A., mother, and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father,

    Plaintiffs,

v.

BILL LEE, in his official capacity as Governor of Tennessee, *et al.*,

    Defendants.

No. 3:21-cv-00600
JUDGE RICHARDSON

---

### STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER

Pursuant to the Court's Order dated August 5, 2021 (ECF No. 33) directing the parties to confer and propose a briefing schedule and potential hearing dates with respect to Plaintiffs' motion for a preliminary injunction, the parties agree and hereby stipulate to the following:

1. Defendants Wilson County Board of Education and Jeff Luttrell, in his official capacity as Director of the Wilson County Schools (collectively, the "School Defendants") shall file an opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 2) on or before September 3, 2021;

2. Defendants Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee (collectively, the "State Defendants" and together with the School Defendants, the "Defendants"), having already filed an opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 27), shall not file a renewed response in opposition to Plaintiffs' motion;