IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| A.B., a minor, by her next friends ) | |
| Julie B., mother and Ross B., father ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00600 |
| ) | Richardson/Holmes |
| GOVERNOR BILL LEE, et al ) | |

**O R D E R**

An initial case management conference is scheduled in this case for October 12, 2021, at 11:30 a.m. Counsel are required to prepare and file a proposed joint initial case management order in advance of the initial case management conference (and to send a copy in Word format to the Courtroom Deputy) as previously instructed.[1] Due to unforeseen circumstances, Magistrate Judge Holmes will not be able to conduct the initial case management conference. Magistrate Judge Holmes will, instead, enter the proposed initial case management order (the "ICMO"), with modifications to conform to the Court's preferred case management schedule. Those modifications may include a later target trial date, and, if so, counsel will be asked to confer about any later target trial date before submission to the District Judge for trial setting.

To monitor the progression of this case, Magistrate Judge Holmes will hold a subsequent status/case management conference as provided for in the ICMO. Further, any party may request or Magistrate Judge Holmes may schedule additional status/case management conferences as needed based on further developments in this case.

---

[1] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated sections for the District Judge assigned to this case.

Counsel may remove the initial case management conference from their calendars. When the ICMO is entered, counsel must follow the Clerk's instructions in bold, red, and all caps to open the PDF and read it carefully for Magistrate Judge Holmes' modifications.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge