IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.S., a minor, by his next friends AMY A., mother and JEFF S., father; and A.B., a minor, by her next friends JULIE B., mother and ROSS B., father,<br><br>Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee, et al.,<br><br>Defendants. | NO. 3:21-cv-00600<br>JUDGE RICHARDSON |

## ORDER

In light of the parties' "Stipulation Regarding Stay of the Case" (Doc. No. 81), which the Court has honored, (Doc. No. 82), the bench trial set for February 7, 2023, and the pretrial conference set for January 27, 2023, are hereby CANCELED.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE