IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father,

    Plaintiff,

v.

BILL LEE, in his official capacity as Governor of Tennessee, *et al.*,

    Defendants.

No. 3:21-cv-00600
District Judge Richardson
Magistrate Judge Holmes

---

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff A.B., a minor, by her next friends Julie B., mother, and Ross B., father, and Defendants Wilson County Board of Education, Jeff Luttrell, in his official capacity as Director of the Wilson County Schools, Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee, by and through their attorneys of record, hereby stipulate and agree, that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: June 15, 2022

                                               Respectfully submitted,

| | |
|---|---|
| By: */s/ Tricia R. Herzfeld*<br>Tricia Herzfeld (BPR #26014)<br>BRANSTETTER STRANCH &<br>JENNINGS PLLC<br>223 Rosa L. Parks Avenue<br>Suite 200<br>Nashville, TN 37203<br>T: (615) 254-8801<br>F: (615) 255-5419<br>triciah@bsjfirm.com<br><br>Adam S. Lurie*<br>Erez Liebermann*<br>Andrew Pak*<br>Sean Mooney*<br>Benjamin Kurland*<br>LINKLATERS LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>T: (212) 903-9000<br>F: (212) 903-9100<br>adam.lurie@linklaters.com<br>erez.liebermann@linklaters.com<br>andrew.pak@linklaters.com<br>sean.mooney@linklaters.com<br>benjamin.kurland@linklaters.com<br><br>Sarah Warbelow*<br>Jason Starr*<br>Cynthia Weaver*<br>HUMAN RIGHTS CAMPAIGN FUND<br>1640 Rhode Island Avenue NW<br>Washington, D.C. 20036<br>T: (202) 628-4160<br>F: (202) 628-0517<br>sarah.warbelow@hrc.org | */s/ Christopher C. Hayden*<br>Christopher C. Hayden (#028220)*<br>Andrew V. Sellers (#019586)<br>PURCELL, SELLERS & CRAIG, INC.<br>P.O. Box 10547<br>Jackson, TN 38308<br>(731) 300-0737<br>chris@psclegal.com<br>andrew@psclegal.com<br><br>* Admitted *pro hac vice*<br><br>*Attorneys for Defendants Wilson County Board of Education and Jeff Luttrell, in his official capacity as Director of the Wilson County Schools*<br><br>*/s/ Alexander S. Rieger*<br>Alexander S. Rieger<br>Senior Assistant Attorney General<br>Public Interest Division<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 741-2408<br>BPR No. 029362<br>Alex.rieger@ag.tn.gov<br><br>*Attorneys for Defendants Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee* |

jason.starr@hrc.org
cynthia.weaver@hrc.org

\* Admitted *pro hac vice*

*Attorneys for Plaintiff A.B., a minor, by her next friends JULIE B., mother, and ROSS B., father*

*/s/ Matthew D. Cloutier*
Matthew D. Cloutier
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7908
Matt.Cloutier@ag.tn.gov

*Attorneys for Defendants Bill Lee, in his official capacity as Governor of Tennessee, and Herbert Slatery III, in his official capacity as Attorney General of Tennessee*

3

Case 3:21-cv-00600   Document 84   Filed 06/15/22   Page 3 of 3 PageID #: 483